■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NESTOR CASTRO, Appellant. [978 NYS2d 904]—

The defendant's knowing, voluntary, and intelligent waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Hidalgo*, 91 NY2d 733, 734 [1998]; *People v Burton*, 69 AD3d 644 [2010]; *cf. People v Maracle*, 19 NY3d 925 [2012]). Eng, P.J., Rivera, Chambers and Austin, JJ., concur.